UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| KELVIN J. EDWARDS, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | No. 2:16-cv-02826 |
| | : | |
| JOHN SOMMERS; | : | |
| THE DISTRICT ATTORNEY OF | : | |
| THE COUNTY OF MONTGOMERY; | : | |
| THE ATTORNEY GENERAL OF | : | |
| THE STATE OF PENNSYLVANIA; and | : | |
| PENNSYLVANIA BOARD OF | : | |
| PROBATION AND PAROLE, | : | |
| Respondents. | : | |
| | : | |

# **O R D E R**

**AND NOW**, this 7th day of December, 2017, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1. Petitioner's objections, ECF No. 17, to the Report and Recommendation are **OVERRULED**;

2. The Report and Recommendation, ECF No. 16, is **APPROVED and ADOPTED**;

3. The revised petition for writ of habeas corpus, ECF No. 3, is **DISMISSED WITH PREJUDICE**;

5. This case is **CLOSED**; and

6. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:


*/s/ Joseph F. Leeson, Jr.*_____
JOSEPH F. LEESON, JR.
United States District Judge

120717